JAMES A. SAVILLE, JR.
HILL RIVKINS LLP
Attorneys for Plaintiff
HDI Global America Insurance Company

102 South Broadway
South Amboy, New Jersey 08879-1638
(732) 838-0300
jsaville@hillrivkins.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------X
HDI GLOBAL INSURANCE COMPANY,    :    Docket No. 17-cv-00590-JHR-KMW

                  Plaintiff,    :
   - Against -    :
                                               **NOTICE OF DISMISSAL**

TUCKER COMPANY WORLDWIDE, INC.,    :
WATKINS ASSOCIATED INDUSTRIES, INC.,    :
SUNCO TRUCKING, LLC, and WATKINS    :
REFRIGERATED LLC,    :

                Defendants.    :
----------------------------------------X

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, HDI Global Insurance Company, by and through its attorneys Hill Rivkins LLP, hereby dismisses the captioned action as to all defendants with prejudice and with each party to bear its own costs.

Dated: South Amboy, New Jersey
         May 19, 2017

                                     HILL RIVKINS LLP
                                     Attorneys for Plaintiff HDI Global Insurance Company

                                     By:/s/ James A. Saville, Jr.
                                        James A. Saville, Jr.
                                        102 South Broadway
                                        South Amboy, New Jersey 08879-1638
                                        (732) 838-0300
                                        jsaville@hillrivkins.com